# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

In the Matter of **Clayton D. Halunen,**
A Member of the Bar of the
United States District Court
For the District of North Dakota

Case No. 1:23-mc-003

## ORDER TO SHOW CAUSE

The Minnesota Supreme Court issued an Order entered on March 30, 2023, indefinitely suspending Clayton D. Halunen, effective April 13, 2023, with no right to petition for reinstatement for 1 year. Clayton D. Halunen is a member of the Bar of the United States District Court for the District of North Dakota.

IT IS ORDERED, pursuant to D.N.D. Gen. L. R. 1.3(H)(2), that Clayton D. Halunen show cause within thirty (30) days from this date why he should not be suspended from practice before this Court. A personal appearance and formal proceeding may be waived by the filing of an affidavit by Clayton D. Halunen consenting to the suspension of his admission to the Bar of this Court to coincide with the suspension ordered by the Minnesota Supreme Court.

Dated this 11th day of April, 2023.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court